**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ACV INTERNATIONAL, LLC., | ) | |
| Plaintiff, | ) | 2:07-cv-00214-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER WHITE, *et al.*, | ) | |
| Defendants. | ) | |

Before this Court for consideration is the Report of Findings and Recommendation from Magistrate Judge Peggy A. Leen, entered November 14, 2008 (Dkt #86). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation of the United States Magistrate Judge entered November 14, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#86) be affirmed and adopted and that White's Counterclaim shall be **DISMISSED WITH PREJUDICE** for failure to comply with the court's orders and for failure to prosecute the Counterclaim.

DATED: December 15, 2008

_____
UNITED STATED DISTRICT COURT